**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ralph Travis ELLIS, Defendant–
Appellant.**

No. 08–12624
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 23, 2009.

Ralph Travis Ellis, Chattanooga, TN, pro se.

William Gavin Traynor, U.S. Attorney's Office, Northern Dist. of GA, John Andrew Horn, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before BLACK, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

John C. Leggett, appointed counsel for Ralph Travis Ellis, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ellis's convictions, revocation of supervised release, and sentences are **AFFIRMED.**